IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LAMARLVIN WATTS,  )
  )
    Plaintiff,  )
  )
v.  )    CASE NO. CV417-210
  )
CHATHAM COUNTY JAIL,  )
LIEUTENANT DAVID MEEKS,  )
OFFICER DAVID WHITEMAN, and  )
TIFFANY STRICTLAND,  )
  )
    Defendants.  )
  )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of December 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed in Office
12/28/2017 M
_____
Deputy Clerk